UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PERRY, ROBERT CALVIN | § | Case No. 09-26278 |
| PERRY, LINDA SUE | § | |
| | § | |
| Debtor(s) | § | |

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter      of the United States Bankruptcy Code was filed on            . The case was converted to one under Chapter 7 on            . The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of            $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]            $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ _____ as interim compensation and now requests a sum of $ _____, for a total compensation of $ _____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ _____, and now requests reimbursement for expenses of $ _____, for total expenses of $ _____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 09-26278 | XXX | Judge: JUDGE UNKNOWN | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | PERRY, ROBERT CALVIN | | | Date Filed (f) or Converted (c): | 10/24/11 (c) |
| | PERRY, LINDA SUE | | | 341(a) Meeting Date: | 11/29/11 |
| For Period Ending: | 09/08/12 | | | Claims Bar Date: | 12/08/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3466 BRADBURY CIRCLE AURORA, IL 60504 - (DEBTORS P | 260,000.00 | 0.00 | DA | 0.00 | FA |
| 2. CHECKING ACCOUNT WITH -FIRST AMERICAN BANK | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 3. HOUSEHOLD GOODS; TV, VCR, STEREO, SOFA, VACUUM, TA | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 4. BOOKS, COMPACT DISCS, TAPES/RECORDS, FAMILY PICTUR | 100.00 | 0.00 | DA | 0.00 | FA |
| 5. NECESSARY WEARING APPAREL. | 250.00 | 0.00 | DA | 0.00 | FA |
| 6. EARRINGS, WATCH, COSTUME JEWELRY, WEDDING BANDS | 400.00 | 0.00 | DA | 0.00 | FA |
| 7. WHOLE LIFE POLICY WITH MONY - DEBTOR'S DEPENDENT S | 5,350.00 | 0.00 | DA | 0.00 | FA |
| 8. 401K - 100% EXEMPT. | 120,000.00 | 0.00 | DA | 0.00 | FA |
| 9. STOCK IN STAPLES. SHARES SOLD ON NYSE "SPLS" | 14,730.00 | 0.00 | DA | 0.00 | FA |
| 10. BOND WITH THE STATE OF ILLINOIS BUILDING | 50,000.00 | 0.00 | | 54,779.84 | FA |
| 11. AMERICREDIT -2005 HYUNDAI ELANTRA | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 12. HARRIS N A -2008 CHEVY HHR | 18,500.00 | 0.00 | DA | 0.00 | FA |
| 13. TRAILER 12 FT. | 1,800.00 | 0.00 | DA | 0.00 | FA |
| 14. FAMILY PETS/ANIMALS. 1 DOG | 0.00 | 0.00 | DA | 0.00 | FA |
| 15. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3.67 | Unknown |
| TOTALS (Excluding Unknown Values) | $487,630.00 | $0.00 | | $54,783.51 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee is reviewing claims

Initial Projected Date of Final Report (TFR): 12/31/12    Current Projected Date of Final Report (TFR): 12/31/12

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 09-26278   XXX   Judge: JUDGE UNKNOWN | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | PERRY, ROBERT CALVIN | Date Filed (f) or Converted (c): 10/24/11 (c) |
| | PERRY, LINDA SUE | 341(a) Meeting Date: 11/29/11 |
| | | Claims Bar Date: 12/08/09 |

/s/    BRENDA PORTER HELMS, TRUSTEE
_____    Date: 09/08/12
BRENDA PORTER HELMS, TRUSTEE

FORM 2

Page: 1

Exhibit B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-26278 -XXX | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | PERRY, ROBERT CALVIN | Bank Name: | BANK OF AMERICA, N.A. |
| | PERRY, LINDA SUE | Account Number / CD #: | *******6096  Money Market - Interest Bearing |
| Taxpayer ID No: | *******7993 | | |
| For Period Ending: | 09/08/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/23/11 | 10 | charles Schwab<br>211 Main St<br>San Francisco CA 94105 | luidation of bond | 1129-000 | 54,779.84 | | 54,779.84 |
| 12/30/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 54,779.88 |
| 01/31/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.47 | | 54,780.35 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 71.84 | 54,708.51 |
| 02/29/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.43 | | 54,708.94 |
| 02/29/12 | 000101 | Intrenational Sureties Ltd. | Trustee bond | 2300-000 | | 72.40 | 54,636.54 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 65.02 | 54,571.52 |
| 03/30/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.46 | | 54,571.98 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 67.11 | 54,504.87 |
| 04/30/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.45 | | 54,505.32 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 69.25 | 54,436.07 |
| 05/31/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.46 | | 54,436.53 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 69.16 | 54,367.37 |
| 06/29/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.44 | | 54,367.81 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 64.62 | 54,303.19 |
| 07/31/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.46 | | 54,303.65 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 71.22 | 54,232.43 |
| 08/31/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.46 | | 54,232.89 |

Page Subtotals        54,783.51        550.62

FORM 2

Page: 2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 09-26278 -XXX |
| Case Name: | PERRY, ROBERT CALVIN |
| | PERRY, LINDA SUE |
| Taxpayer ID No: | *******7993 |
| For Period Ending: | 09/08/12 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6096 Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 54,783.51 | 550.62 | 54,232.89 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 54,783.51 | 550.62 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 54,783.51 | 550.62 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market - Interest Bearing - *******6096 | 54,783.51 | 550.62 | 54,232.89 |
| | 54,783.51 | 550.62 | 54,232.89 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: /s/ BRENDA PORTER HELMS, TRUSTEE  Date: 09/08/12
BRENDA PORTER HELMS, TRUSTEE

Page Subtotals  0.00  0.00

LFORM24 UST Form 101-7-TFR (5/1/2011) *(Page: 6)*  Ver: 16.06f

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-26278
Case Name: PERRY, ROBERT CALVIN
           PERRY, LINDA SUE
Trustee Name: BRENDA PORTER HELMS, TRUSTEE

    Balance on hand                                          $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ | $ | $ |
| Other: Intrenational Sureties Ltd. | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses        $_____
    Remaining Balance                                              $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | FIA Card Services aka Bank of | $ | $ | $ |
| 3 | PRA Receivables Management LLC | $ | $ | $ |
| 4 | PRA Receivables Management LLC | $ | $ | $ |
| 5 | PRA Receivables Management LLC | $ | $ | $ |
| 7 | Candica LLC | $ | $ | $ |
| 8 | Candica LLC | $ | $ | $ |
| 9 | CR Evergreen LLC | $ | $ | $ |
| 10 | Portfolio Recovrey Associates LLC | $ | $ | $ |
| 11 | Portfolio REcovery Associates LLC | $ | $ | $ |
| 12 | Candica LLC | $ | $ | $ |
| 13 | HSBC Bank Nevada NA | $ | $ | $ |
| 14 | Roundup Funding LLC | $ | $ | $ |
| 15 | CR Evergreen LLC | $ | $ | $ |
| 16 | Watson Clinic | $ | $ | $ |

    Total to be paid to timely general unsecured creditors      $_____

    Remaining Balance      $_____

    Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be _____ percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be _____ percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE