# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PERRY, ROBERT CALVIN | § | Case No. 09-26278 |
| PERRY, LINDA SUE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> CLERK OF THE COURT
> 219 s. DEARBORN STREET
> CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 11/09/2012 in Courtroom 4016,

> Henry Hyde Judicial Office Facility
> 505 N. County Farm Road
> Wheaton IL 60187

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/05/2012               By: CLERK OF THE COURT

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                §
                                      §
PERRY, ROBERT CALVIN                  §    Case No. 09-26278
PERRY, LINDA SUE                      §
                                      §
          Debtor(s)                   §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 54,783.70 |
| and approved disbursements of | $ | 550.62 |
| leaving a balance on hand of[1] | $ | 54,233.08 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 5,989.18 | $ 0.00 | $ 5,989.18 |
| Other: Intrenational Sureties Ltd. | $ 72.40 | $ 72.40 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 5,989.18 |
| Remaining Balance | | $ | 48,243.90 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 81,411.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 59.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | FIA Card Services aka Bank of | $ 14,808.86 | $ 0.00 | $ 8,775.68 |
| 3 | PRA Receivables Management LLC | $ 3,644.01 | $ 0.00 | $ 2,159.43 |
| 4 | PRA Receivables Management LLC | $ 10,793.90 | $ 0.00 | $ 6,396.42 |
| 5 | PRA Receivables Management LLC | $ 12,382.76 | $ 0.00 | $ 7,337.98 |
| 7 | Candica LLC | $ 3,132.84 | $ 0.00 | $ 1,856.51 |
| 8 | Candica LLC | $ 1,237.82 | $ 0.00 | $ 733.53 |
| 9 | CR Evergreen LLC | $ 5,607.12 | $ 0.00 | $ 3,322.76 |
| 10 | Portfolio Recovrey Associates LLC | $ 2,186.86 | $ 0.00 | $ 1,295.93 |
| 11 | Portfolio REcovery Associates LLC | $ 4,353.53 | $ 0.00 | $ 2,579.89 |
| 12 | Candica LLC | $ 18,014.03 | $ 0.00 | $ 10,675.05 |
| 13 | HSBC Bank Nevada NA | $ 538.10 | $ 0.00 | $ 318.88 |
| 14 | Roundup Funding LLC | $ 1,577.82 | $ 0.00 | $ 935.01 |
| 15 | CR Evergreen LLC | $ 1,624.38 | $ 0.00 | $ 962.60 |
| 16 | Watson Clinic | $ 1,509.00 | $ 0.00 | $ 894.23 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 48,243.90 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Brenda Porter Helms
Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 09-26278-DRC
Robert Calvin Perry                                                       Chapter 7
Linda Sue Perry
         Debtors            **CERTIFICATE OF NOTICE**

District/off: 0752-1          User: dross              Page 1 of 3                   Date Rcvd: Oct 09, 2012
                              Form ID: pdf006          Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2012.
```
db/jdb       +Robert Calvin Perry,    Linda Sue Perry,    1646 Schalamar Creek Drive,    Lakeland, FL 33801-0353
14248475    ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
             (address filed with court:   AmeriCredit Financial Services, Inc.,
               as Assignee from Bay View Accept.Corp,    PO Box 183853,    Arlington, TX 76096)
14185806     +BANK OF America,    Attn: Bankruptcy Dept.,    Pob 17054,    Wilmington, DE 19884-0001
14185808     +Barclays BANK Delaware,    Attn: Bankruptcy Dept.,    125 S West St,    Wilmington, DE 19801-5014
14546235    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court:   CAPITAL ONE BANK (USA), N.A.,    C/O TSYS DEBT MANAGEMENT (TDM),
               PO BOX 5155,    NORCROSS, GA   30091)
14185811     +CHASE,    Attn: Bankruptcy Dept.,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
14185807     +CITI,    Attn: Bankruptcy Dept.,    Po Box 6241,    Sioux Falls, SD 57117-6241
18251908     +Emergency Physicians,    Attn: Bankruptcy Dept,    1324 Lake Land Hills Blvd,
               Lakeland FL 33805-4543
14185797     +Equifax,    Attn: Bankruptcy Dept.,    P.O. Box 740241,    Atlanta, GA 30374-0241
14185798     +Experian,    Attn: Bankruptcy Dept.,    P.O. Box 2002,    Allen, TX 75013-2002
14681747     +FIA Card Services NA aka Bank of America,    by PRA Receivables Management, LLC,    PO Box 12907,
               Norfolk VA 23541-0907
14324158      FIA Card Services aka Bank of America,    c/o Becket and Lee LLP,    POB 3001,
               Malvern PA 19355-0701
14185800     +GEMB/JCP,    Attn: Bankruptcy Dept.,    Po Box 984100,    El Paso, TX 79998-4100
14185802     +GEMB/PARK WEST GALLERY,    Attn: Bankruptcy Dept.,    Po Box 981439,    El Paso, TX 79998-1439
14536351    ++HARRIS NA,    3800 GOLF RD SUITE 300,    ROLLING MEADOWS IL 60008-4005
             (address filed with court:   Harris NA,    Attn Bankruptcy,    3800 Golf Rd Ste 300,
               Rolling Meadows, IL 60008)
14771571     +HSBC Bank Nevada, N.A.,    (BOSE Consumer Direct),    Bass & Associates, P.C.,
               3936 E. Ft. Lowell Rd, Suite 200,    Tucson, AZ 85712-1083
14185801     +HSBC/BOSE,    Attn: Bankruptcy Dept.,    90 Christiana Rd,    New Castle, DE 19720-3118
14185796     +Harris N A,    Attn: Bankruptcy Dept.,    Po Box 94034,    Palatine, IL 60094-4034
14185814     +Lang Property Management,    Attn: Bankruptcy Dept.,    5001 Lincoln Ave,    Lisle, IL 60532-2118
14872145    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court:   Portfolio Recovery Associates LLC,    PO Box 41067,
               Norfolk, VA 23541)
14424038     +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    c/o Citibank,
               POB 41067,    NORFOLK VA 23541-1067
14408200     +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    c/o Sears Mc,
               POB 41067,    NORFOLK VA 23541-1067
17993000     +Polk County BOCC EMS,    Attn: Bankruptcy Dept,    P O BOX 917734,    Orlando FL 32891-0001
18251909     +Radiology Imagine Specialists,    Attn: Bankruptcy Dept,    P O BOX 20027,    Tampla FL 33622-0027
14185805     +Sears/CBSD,    Attn: Bankruptcy Dept.,    Po Box 6189,    Sioux Falls, SD 57117-6189
14185799     +TransUnion,    Attn: Bankruptcy Dept.,    P.O. Box 1000,    Chester, PA 19016-1000
17964897      Watson Clinic, LLP,    P.O. Box 954004,    Lakeland, FL 3804-5004
14185795     +Wells Fargo HM Mortgage,    c/o Pierce & Assoc/Andrew J Nelson,    1 N Dearborn, Ste 1300,
               Chicago, IL 60602-4321
14185803     +Wfnnb/Valucityroomstod,    Attn: Bankruptcy Dept.,    Po Box 182303,    Columbus, OH 43218-2303
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14741481     +E-mail/Text: bncmail@w-legal.com Oct 10 2012 03:17:07      CANDICA, L.L.C.,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14676225      E-mail/Text: resurgentbknotifications@resurgent.com Oct 10 2012 02:27:53      CR Evergreen, LLC,
               MS 550,    PO Box 91121,    Seattle, WA 98111-9221
15493249     +E-mail/Text: bncmail@w-legal.com Oct 10 2012 03:17:07      Candica LLC,
               c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
17964896      E-mail/Text: lori.montague@lrmc.com Oct 10 2012 02:32:27      Lakeland Regional Medical Center,
               P.O. Box 95448,    Lakeland, FL 33804-5448
14795339      E-mail/Text: resurgentbknotifications@resurgent.com Oct 10 2012 02:27:54      Roundup Funding, LLC,
               MS 550,    PO Box 91121,    Seattle, WA 98111-9221
19043435     +E-mail/Text: dgoff@watsonclinic.com Oct 10 2012 04:10:46      WATSON CLINIC LLP,    P.O. BOX 95000,
               LAKELAND, FL 33804-5000
                                                                                               TOTAL: 6
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14185794*   ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
             (address filed with court:   Americredit,    Attn: Bankruptcy Dept.,    801 Cherry St Ste 3900,
               Fort Worth, TX 76102)
14185810*    +BANK OF America,    Attn: Bankruptcy Dept.,    Pob 17054,    Wilmington, DE 19884-0001
14185813*    +BANK OF America,    Attn: Bankruptcy Dept.,    Pob 17054,    Wilmington, DE 19884-0001
14185804*   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court:   Capital One,    Attn: Bankruptcy Dept.,    Po Box 85520,
               Richmond, VA 23285)
14185809*   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court:   Capital One,    Attn: Bankruptcy Dept.,    Po Box 85520,
               Richmond, VA 23285)
14185812*    +CITI,    Attn: Bankruptcy Dept.,    Po Box 6241,    Sioux Falls, SD 57117-6241
```

```
District/off: 0752-1           User: dross               Page 2 of 3           Date Rcvd: Oct 09, 2012
                               Form ID: pdf006          Total Noticed: 35

           ***** BYPASSED RECIPIENTS (continued) *****
14872146*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court:   Portfolio Recovery Associates LLC,    PO Box 41067,
              Norfolk, VA 23541)
                                                                                    TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 11, 2012**                    **Signature:**   _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: dross               Page 3 of 3              Date Rcvd: Oct 09, 2012
                              Form ID: pdf006          Total Noticed: 35
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2012 at the address(es) listed below:

         Alex  Wilson    on behalf of Debtor Robert Perry ndil@geracilaw.com
         Andrew J Nelson    on behalf of Creditor   WELLS FARGO BANK anelson@atty-pierce.com, northerndistrict@atty-pierce.com
         Brenda Porter Helms    brenda.helms@albanybank.com,   bhelms@ecf.epiqsystems.com
         Dana N O'Brien    on behalf of Creditor   WELLS FARGO BANK dobrien@atty-pierce.com, northerndistrict@atty-pierce.com
         Gregory W Schulze    on behalf of Debtor Robert Perry greg@efalaw.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                                                                                                                            TOTAL: 6