UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
PERRY, ROBERT CALVIN § Case No. 09-26278
PERRY, LINDA SUE §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                                Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:                Claims Discharged
                                                 Without Payment:

Total Expenses of Administration:

---

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter     on            , and it was converted to chapter 7 on            . The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____       By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Americredit Attn: Bankruptcy Dept. 801 Cherry St Ste 3900 Fort Worth TX 76102 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 2 Harris N A Attn: Bankruptcy Dept. Po Box 94034 Palatine IL 60094 | | | | | |
| | 3 Lang Property Management Attn: Bankruptcy Dept. 5001 Lincoln Ave Lisle IL 60532 | | | | | |
| | 4 Wells Fargo HM Mortgag Attn: Bankruptcy Dept. 8480 Stagecoach Cir Frederick MD 21701 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HELMS, BRENDA PORTER | | | | | |
| INTRENATIONAL SURETIES LTD. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 10 Equifax Attn: Bankruptcy Dept. P.O. Box 740241 Atlanta GA 30374 | | | | | |
| | 11 Experian Attn: Bankruptcy Dept. P.O. Box 2002 Allen TX 75013 | | | | | |
| | 12 GEMB/JCP Attn: Bankruptcy Dept. Po Box 984100 El Paso TX 79998 | | | | | |
| | 13 GEMB/PARK WEST GALLERY Attn: Bankruptcy Dept. Po Box 981439 El Paso TX 79998 | | | | | |
| | 16 TransUnion Attn: Bankruptcy Dept. P.O. Box 1000 Chester PA 19022 | | | | | |
| | 17 Wfnnb/Valucityroomstod Attn: Bankruptcy Dept. Po Box 182303 Columbus OH 43218 | | | | | |
| | 2 BANK OF America Attn: Bankruptcy Dept. Pob 17054 Wilmington DE 19884 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 4 Barclays BANK Delaware Attn: Bankruptcy Dept. 125 S West St Wilmington DE 19801 | | | | | |
| | 5 Capital One Attn: Bankruptcy Dept. Po Box 85520 Richmond VA 23285 | | | | | |
| | 6 Capital One Attn: Bankruptcy Dept. Po Box 85520 Richmond VA 23285 | | | | | |
| | 7 CHASE Attn: Bankruptcy Dept. 800 Brooksedge Blvd Westerville OH 43081 | | | | | |
| 1 | AMERICREDIT FINANCIAL SERVICES | | | | | |
| 14 | ROUNDUP FUNDING LLC | | | | | |
| 16 | WATSON CLINIC | | | | | |
| 7 | CANDICA LLC | | | | | |
| 8 | CANDICA LLC | | | | | |
| 12 | CANDICA LLC | | | | | |
| 9 | CR EVERGREEN LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 15 | CR EVERGREEN LLC | | | | | |
| 2 | FIA CARD SERVICES AKA BANK OF | | | | | |
| 6 | HARRIS NA | | | | | |
| 13 | HSBC BANK NEVADA NA | | | | | |
| 11 | PORTFOLIO RECOVERY ASSOCIATES LLC | | | | | |
| 10 | PORTFOLIO RECOVREY ASSOCIATES LLC | | | | | |
| 3 | PRA RECEIVABLES MANAGEMENT LLC | | | | | |
| 4 | PRA RECEIVABLES MANAGEMENT LLC | | | | | |
| 5 | PRA RECEIVABLES MANAGEMENT LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 09-26278 | Judge: DONALD R. CASSLING | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | PERRY, ROBERT CALVIN | | Date Filed (f) or Converted (c): | 10/24/11 (c) |
| | PERRY, LINDA SUE | | 341(a) Meeting Date: | 11/29/11 |
| For Period Ending: | 12/24/12 | | Claims Bar Date: | 12/08/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3466 BRADBURY CIRCLE AURORA, IL 60504 - (DEBTORS P | 260,000.00 | 0.00 | | 0.00 | FA |
| 2. CHECKING ACCOUNT WITH -FIRST AMERICAN BANK | 2,500.00 | 0.00 | | 0.00 | FA |
| 3. HOUSEHOLD GOODS; TV, VCR, STEREO, SOFA, VACUUM, TA | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. BOOKS, COMPACT DISCS, TAPES/RECORDS, FAMILY PICTUR | 100.00 | 0.00 | | 0.00 | FA |
| 5. NECESSARY WEARING APPAREL. | 250.00 | 0.00 | | 0.00 | FA |
| 6. EARRINGS, WATCH, COSTUME JEWELRY, WEDDING BANDS | 400.00 | 0.00 | | 0.00 | FA |
| 7. WHOLE LIFE POLICY WITH MONY - DEBTOR'S DEPENDENT S | 5,350.00 | 0.00 | | 0.00 | FA |
| 8. 401K - 100% EXEMPT. | 120,000.00 | 0.00 | | 0.00 | FA |
| 9. STOCK IN STAPLES. SHARES SOLD ON NYSE "SPLS" | 14,730.00 | 0.00 | | 0.00 | FA |
| 10. BOND WITH THE STATE OF ILLINOIS BUILDING | 50,000.00 | 0.00 | | 54,779.84 | FA |
| 11. AMERICREDIT -2005 HYUNDAI ELANTRA | 12,000.00 | 0.00 | | 0.00 | FA |
| 12. HARRIS N A -2008 CHEVY HHR | 18,500.00 | 0.00 | | 0.00 | FA |
| 13. TRAILER 12 FT. | 1,800.00 | 0.00 | | 0.00 | FA |
| 14. FAMILY PETS/ANIMALS. 1 DOG | 0.00 | 0.00 | | 0.00 | FA |
| 15. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3.86 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $487,630.00 | $0.00 | | $54,783.70 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Hearing on TFR scheduled for 11/9/12

Initial Projected Date of Final Report (TFR): 12/31/12     Current Projected Date of Final Report (TFR): 12/31/12

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

Ver: 17.00b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 09-26278 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | PERRY, ROBERT CALVIN | Bank Name: | ASSOCIATED BANK |
|  | PERRY, LINDA SUE | Account Number / CD #: | *******1228 Checking - Non Interest |
| Taxpayer ID No: | *******7993 |  |  |
| For Period Ending: | 12/24/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  |  |  | 0.00 |
| 09/14/12 |  | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN |  |  |  |  | 54,233.08 | 54,233.08 |
| 11/09/12 | 010001 | Brenda Porter Helms |  |  |  | 5,989.18 |  |  | 48,243.90 |
| 11/09/12 | 010002 | FIA Card Services aka Bank of America<br>c/o Beckett & Lee LLP<br>P.O. Box 3001<br>Malvern PA 19355 | final distribution |  |  | 8,775.68 |  |  | 39,468.22 |
| 11/09/12 | 010003 | PRA Receivables Management LLC<br>as agent of Portfolio Recovery Assoc<br>c/o Seras Mc<br>P.O. Box 41067<br>Norfolk VA 23541 | Final Distribution |  |  | 2,159.43 |  |  | 37,308.79 |
| 11/09/12 | 010004 | PRA Receivables Management LLC<br>agent of Portfolio Recovery Assoc<br>c/o Citibank<br>P.O. Box 41067<br>Norfolk VA 23541 | Final Distribution |  |  | 6,396.42 |  |  | 30,912.37 |
| 11/09/12 | 010005 | PRA Receivables Management LLC<br>agent of Portfolio Recovery Assoc<br>c/o Citibank<br>P.O. Box 41067<br>Norfolk VA 23541 | Final Distribution |  |  | 7,337.98 |  |  | 23,574.39 |
| 11/09/12 | 010006 | Candica LLC<br>c/o Weinstein & Riley<br>2001 Western Ave #400<br>Seattle WA 98121 | Final Distribution |  |  | 1,856.51 |  |  | 21,717.88 |
| 11/09/12 | 010007 | Candica LLC<br>c/o Weinstein & Riley<br>2001 Western Ave. Suite 400<br>Seattle WA 98121 | Final Distribution |  |  | 733.53 |  |  | 20,984.35 |
| 11/09/12 | 010008 | CR Evergreen LLC<br>MS 550<br>P.O. Box 91121 | Final Distribution |  |  | 3,322.76 |  |  | 17,661.59 |

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-26278 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | PERRY, ROBERT CALVIN | Bank Name: | ASSOCIATED BANK |
|  | PERRY, LINDA SUE | Account Number / CD #: | *******1228  Checking - Non Interest |
| Taxpayer ID No: | *******7993 |  |  |
| For Period Ending: | 12/24/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
|  |  | Seattle WA 98111 |  |  |  |  |  |  |  |
| 11/09/12 | 010009 | Portfolio Recovrey Associates LLC<br>P.O. Box 41067<br>Norfolk VA 23541 | Final Distribution |  |  | 1,295.93 |  |  | 16,365.66 |
| 11/09/12 | 010010 | Candica LLC<br>c/o Weinstein & Riley<br>2001 Western Avenue  Suite 400<br>Seattle WA 98121 | Final Distribution |  |  | 10,675.05 |  |  | 5,690.61 |
| 11/09/12 | 010011 | HSBC Bank Nevada NA<br>(Bose Consumer Direct)<br>Bass & Associates P.C.<br>3936 E. Ft. Lowell Rd  #200<br>Tucson AZ 85712 | Final Distribution |  |  | 318.88 |  |  | 5,371.73 |
| 11/09/12 | 010012 | Roundup Funding LLC<br>MS 550<br>P.O. Box 91121<br>Seattle WA 98111 | Final Distribution |  |  | 935.01 |  |  | 4,436.72 |
| 11/09/12 | 010013 | CR Evergreen LLC<br>MS 550<br>P.O. Box 91121<br>Seattle WA 98111 | Final Distribution |  |  | 962.60 |  |  | 3,474.12 |
| 11/09/12 | 010014 | Watson Clinic<br>P.O. Box 95000<br>Lakeland FL 33804 | Final Distribution |  |  | 894.23 |  |  | 2,579.89 |
| 11/09/12 | 010015 | Portfolio REcovery Associates LLC<br>P.O. Box 41067<br>Norfolk VA 23541 | Final Distribution |  |  | 2,579.89 |  |  | 0.00 |

LFORM2XT

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

Ver: 17.00b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-26278 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | PERRY, ROBERT CALVIN | | Bank Name: | ASSOCIATED BANK |
| | PERRY, LINDA SUE | | Account Number / CD #: | *******1228 Checking - Non Interest |
| Taxpayer ID No: | *******7993 | | | |
| For Period Ending: | 12/24/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

| Account *******1228 | | Balance Forward | 0.00 | | 15 Checks | 54,233.08 |
|---|---|---|---|---|---|---|
| 0 | Deposits | | 0.00 | | 0 Adjustments Out | 0.00 |
| 0 | Interest Postings | | 0.00 | | 0 Transfers Out | 0.00 |
| | Subtotal | $ | 0.00 | | | |
| | | | | | Total | $ 54,233.08 |
| 0 | Adjustments In | | 0.00 | | | |
| 1 | Transfers In | | 54,233.08 | | | |
| | Total | $ | 54,233.08 | | | |

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-26278 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | PERRY, ROBERT CALVIN | | Bank Name: | BANK OF AMERICA, N.A. |
| | PERRY, LINDA SUE | | Account Number / CD #: | *******6096 Money Market - Interest Bearing |
| Taxpayer ID No: | *******7993 | | | |
| For Period Ending: | 12/24/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 12/23/11 | | charles Schwab<br>211 Main St<br>San Francisco CA 94105 | luidation of bond | 54,779.84 | | | | | 54,779.84 |
| 12/23/11 | 10 | Asset Sales Memo: | BOND WITH THE STATE OF ILLINOIS BUILDING  $54,779.84 | | | | | | 54,779.84 |
| 12/30/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.04 | | | | 54,779.88 |
| 01/31/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.47 | | | | 54,780.35 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -71.84 | | 54,708.51 |
| 02/29/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.43 | | | | 54,708.94 |
| 02/29/12 | 000101 | Intrenational Sureties Ltd. | Trustee bond | | | 72.40 | | | 54,636.54 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -65.02 | | 54,571.52 |
| 03/30/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.46 | | | | 54,571.98 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -67.11 | | 54,504.87 |
| 04/30/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.45 | | | | 54,505.32 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -69.25 | | 54,436.07 |
| 05/31/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.46 | | | | 54,436.53 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -69.16 | | 54,367.37 |
| 06/29/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.44 | | | | 54,367.81 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -64.62 | | 54,303.19 |
| 07/31/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.46 | | | | 54,303.65 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -71.22 | | 54,232.43 |
| 08/31/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.46 | | | | 54,232.89 |
| 09/14/12 | 15 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | | 0.19 | | | | 54,233.08 |
| 09/14/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | | | | | -54,233.08 | 0.00 |

LFORM2XT

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

Ver: 17.00b

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 09-26278 -CAS |
| Case Name: | PERRY, ROBERT CALVIN |
| | PERRY, LINDA SUE |
| Taxpayer ID No: | *******7993 |
| For Period Ending: | 12/24/12 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6096  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

```
Account *******6096      Balance Forward            0.00
                      1  Deposits              54,779.84          1  Checks                 72.40
                     10  Interest Postings          3.86          7  Adjustments Out       478.22
                                                                  1  Transfers Out      54,233.08
                         Subtotal         $   54,783.70
                                                                     Total          $   54,783.70
                      0  Adjustments In             0.00
                      0  Transfers In               0.00

                         Total            $   54,783.70


Report Totals            Balance Forward            0.00
                      1  Deposits              54,779.84         16  Checks             54,305.48
                     10  Interest Postings          3.86          7  Adjustments Out       478.22
                                                                  1  Transfers Out      54,233.08
                         Subtotal         $   54,783.70
                                                                     Total          $  109,016.78
                      0  Adjustments In             0.00
                      1  Transfers In          54,233.08

                         Total            $  109,016.78             Net Total Balance  $       0.00
```

                     /s/     BRENDA PORTER HELMS, TRUSTEE
Trustee's Signature: _____  Date: 12/24/12
                     BRENDA PORTER HELMS, TRUSTEE

LFORM2XT

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

Ver: 17.00b